1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANGELA GIMMELLIE,

      Plaintiff(s),

v.

SOMERPOINTE REALTY, LLC, et al.,

      Defendant(s).

Case No. 2:21-cv-00212-RFB-NJK

**Order**

      Pending before the Court is a stipulation indicating that this is an employment case that should be assigned to the early neutral evaluation program.  Docket No. 20.  For good cause shown, the stipulation is **GRANTED** and the Clerk's Office is **INSTRUCTED** to assign this case to the ENE program.[1]

      IT IS SO ORDERED.

      Dated: July 30, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] There is a potential timing problem in that an ENE is supposed to take place within 90 days of the first appearance of the Defendant.  Local Rule 16-6(d).  Defendant filed an answer in this case 130 days ago.  Docket No. 13.  Ultimately, it will be in the discretion of the evaluating judge to determine whether this case actually proceeds to an ENE given that timing issue.  Local Rule 16-6(c) (the evaluating magistrate judge may exempt a case from the ENE program).