1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA GIMMELLIE, an individual, | Case No. 2:21-cv-00212-RFB-NJK |
| Plaintiff, | |
| vs. | |
| SOMERPOINTE REALTY, LLC, a Nevada Limited Liability Company; AARON LEWIS, an individual; JUNID SANCHEZ, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive, | **ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF MOTION TO COMPEL**<br><br>**[FIRST REQUEST]** |
| Defendants. | |

Defendants SOMERPOINTE RESORTS, LLC, AARON LEWIS and JUNID SANCHEZ (hereinafter jointly referred to as "Defendants") and Plaintiff ANGELA GIMMELLIE ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree to extend the time for Defendant to file a Reply in Support of its Motion to Compel (ECF # 29), from the current deadline of November 19, 2021, until up to and including **December 3, 2021**.  There is good cause for entering into this stipulation due to plaintiff's deposition being conducted November 16, 2021 which may resolve some or all of the matters at issue.

/ / /

This is the first request for an extension of time with respect to Defendant's Reply. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: November 15, 2021

Respectfully submitted,

*/s/ Jill Garcia*
JILL GARCIA, ESQ.
H1 LAW GROUP

*Attorney for Plaintiff*
ANGELA GIMMELLIE

Dated: November 15, 2021

Respectfully submitted,

*/s/ Steven J.T. Washington*
PATRICK H. HICKS, ESQ.
STEVEN J.T. WASHINGTON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*
SOMERPOINTE REALTY, LLC, AARON LEWIS and JUNID SANCHEZ

**IT IS SO ORDERED.**

Dated: November 16, 2021

_____
UNITED STATES MAGISTRATE JUDGE

2.