UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA GIMMELLIE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOMERPOINTE REALTY, LLC, a Nevada Limited Liability Company; AARON LEWIS, an individual; JUNID SANCHEZ, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00212-RFB-NJK<br><br>**ORDER TO EXTEND DISPOSITVE MOTION DEADLINE**<br><br>**[FIRST REQUEST]** |

Defendants SOMERPOINTE RESORTS, LLC, AARON LEWIS and JUNID SANCHEZ (hereinafter jointly referred to as "Defendants") and Plaintiff ANGELA GIMMELLIE ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree to extend the time for Defendant to file a dispositive motion, from the current deadline of May 18, 2022, by two weeks, until up to and including **June 1, 2022**. The parties also agree to extend the deadline for Plaintiff to file an opposition to Defendant's dispositive motion by two weeks and it shall be filed no later than, **June 29, 2021**. There is good cause for entering into this stipulation as there has been an unforeseen delay in the delivery of deposition transcripts. As of the date of filing this stipulation the parties still have not

received certified transcripts from depositions of three key witnesses. Further, the parties are in the process of discussing the impact of the recent depositions on the case and exploring revisiting settlement discussions and thus request this limited extension to afford additional time to discuss.

This is the first request for an extension of time with respect to Defendant's dispositive motion. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: May 9, 2022

Respectfully submitted,

/s/ Kathryn Newman, Esq.
JILL GARCIA, ESQ.
KATHRYN NEWMAN, ESQ.
AMY HOWARD, ESQ.
H1 LAW GROUP

*Attorney for Plaintiff*
ANGELA GIMMELLIE

Dated: May 9, 2022

Respectfully submitted,

/s/ Amy L. Thompson, Esq.
PATRICK H. HICKS, ESQ.
AMY L. THOMPSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*
SOMERPOINTE REALTY, LLC, AARON LEWIS and JUNID SANCHEZ

**IT IS SO ORDERED.**

Dated: May 10, 2022.

_____
Nancy J. Koppe
United States Magistrate Judge

2.