**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Kathryn C. Newman, NV Bar No. 13733
knewman@hone.law
Amy L. Howard, NV Bar No. 13946
ahoward@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax    702-608-7814

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA GIMMELLIE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOMERPOINTE REALTY, LLC, a Nevada Limited Liability Company; AARON LEWIS, an individual; JUNID SANCHEZ, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00212-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES WITH RESPECT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

Plaintiff Angela Gimmellie ("Plaintiff"), and Defendants Somerpointe Realty, LLC, Aaron Lewis, and Junid Sanchez ("Defendants") (collectively referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendants filed their Motion for Summary Judgment ("Motion") on June 1, 2022.

2. Plaintiff's Opposition to Motion is due June 22, 2022.

3. Defendants reply to Motion is due June 29, 2022.

The Parties are requesting additional time in order to continue negotiations and possibly settle the matter. The Parties have agreed and stipulate as follows:

1. The deadline for Plaintiff to file her Opposition to Motion is now due June 29,

1

1  2022.

2      2.    The deadline for Defendants to file their reply to Motion is now due July 13,

3  2022.

4      This is the second request for an extension regarding the Motion.

| Dated this 14th day of June 2022 | Dated this 14th day of June 2022 |
|---|---|
| HONE LAW | LITTLER MENDELSON, P.C. |
| /s/Kathryn C. Newman<br>Jill Garcia, NV Bar No. 7805<br>jgarcia@hone.law<br>Kathryn C. Newman, NV Bar No. 13733<br>knewman@hone.law<br>Amy L. Howard, NV Bar No. 13946<br>ahoward@hone.law<br>701 N. Green Valley Parkway, Suite 200<br>Henderson, NV 89074<br><br>*Attorneys for Plaintiff* | /s/Amy Thompson<br>Patrick H. Hicks, NV Bar No. 4632<br>phicks@littler.com<br>Amy Thompson, NV Bar No. 11907<br>athompson@littler.com<br>3960 Howard Hughes Pkwy., Suite 300<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: ___June 14, 2022_____

