**HONELAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Katlnyn C. Newman, NV Bar No. 13733
knewman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-608-7814

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA GIMMELLIE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOMERPOINTE REALTY, LLC, a Nevada Limited Liability Company; AARON LEWIS, an individual; JUNID SANCHEZ, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I tln·ough X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00212-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES WITH RESPECT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(Fourth Request)** |

Plaintiff Angela Gimmellie ("Plaintiff'), and Defendants Some1pointe Realty, LLC, Aaron Lewis, and Junid Sanchez ("Defendants") (collectively referred to as the "Paities"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendants filed their Motion for Sunnna1y Judgment ("Motion") on June 1, 2022.

2. Plaintiff's Opposition to Motion is due July 29, 2022.

3. Defendants reply to Motion is due August 12, 2022.

The Pa1ties have reached an agreement in principal and request additional time to finalize a settlement agreement. The Paities have agreed and stipulate as follows:

1. The deadline for Plaintiff to file her Opposition to Motion is now due August 26, 2022.

1

2. The deadline for Defendants to file their reply to Motion is now due September 16, 2022.

This is the fourth request for an extension regarding the Motion.

| | |
|---|---|
| Dated this 27th day of July 2022 | Dated this 27th day of July 2022 |
| HoNELAw | LITTLER MENDELSON, P.C. |
| /s/Kathryn C. Newman | /s/Amy Thompson |
| Jill Garcia, NV Bar No. 7805 | Patrick H. Hicks, NV Bar No. 4632 |
| jgarcia@hone.law | phicks@littler.com |
| Katlnyn C. Newman, NV Bar No. 13733 | Amy Thompson, NV Bar No. 11907 |
| knewman@hone.law | athompson@littler.com |
| Amy L. Howard, NV Bar No. 13946 | 3960 Howard Hughes Pkwy., Suite 300 |
| ahoward@hone.law | Las Vegas, NV 89169 |
| 701 N. Green Valley Parkway, Suite 200 | |
| Henderson, NV 89074 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED.**

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Dated: \_\_July 27, 2022_____

It is further ordered that future requests for an extension of time must be in the form of a motion providing the Court with the status of settlement and reasons for delay.