PATRICK H. HICKS, ESQ., NV Bar. No. 4632
AMY L. THOMPSON, ESQ., NV Bar No. 10907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
athompson@littler.com

*Attorneys for Defendants*
SOMERPOINTE REALTY, LLC,
AARON LEWIS and JUNID SANCHEZ

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA GIMMELLIE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOMERPOINTE REALTY, LLC, a Nevada Limited Liability Company; AARON LEWIS, an individual; JUNID SANCHEZ, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00212-CDS-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, Angela Gimmellie, and Defendants, Somerpointe Realty, LLC, Aaron Lewis, and Junid Sanchez, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas  NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: August 26, 2022

Respectfully submitted,

/s/ Kathryn Newman, Esq.
JILL GARCIA, ESQ.
KATHRYN NEWMAN, ESQ.
AMY HOWARD, ESQ.
H1 LAW GROUP

*Attorney for Plaintiff*
ANGELA GIMMELLIE

Dated: August 26, 2022

Respectfully submitted,

/s/ Amy L. Thompson, Esq.
PATRICK H. HICKS, ESQ.
AMY L. THOMPSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*
SOMERPOINTE REALTY, LLC, AARON LEWIS and JUNID SANCHEZ

**IT IS SO ORDERED.**

Dated: _____ August 26, 2022.

_____
UNITED STATES DISTRICT JUDGE

4855-1768-3503.1 / 077839-1014

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800